# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Christopher Jackson,

    Plaintiff

v.

Tissa Jackson, et al.,

    Defendants

Case No.: 2:24-cv-0884-JAD-MDC

**Order Adopting Report and Recommendation to Deny Motion to Reduce Bail**

[ECF Nos. 3, 9]

    The magistrate judge has evaluated Plaintiff Christopher Jackson's Motion to Reduce Bail[1] and recommends that it be denied because the relief he seeks must be sought via a habeas petition, not a civil-rights action under 42 U.S.C. § 1983 like this one.[2] The deadline to object to that recommendation was July 24, 2024, and Jackson neither filed one nor asked to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Recommendation **[ECF No. 9] is ADOPTED** and Jackson's Motion to Reduce Bail **[ECF No. 3] is DENIED.**

                                                                    U.S. District Judge Jennifer A. Dorsey
                                                                    Dated: July 31, 2024

---

[1] ECF No. 3.

[2] ECF No. 31.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).